[No. 29832-1-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL GENE ROSSANO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-02323-5, Jim Bates, J., entered December 3, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 31115-8-I.   Division One.   July 19, 1993.]

STEPHEN J. KLOS, *Respondent,* v. BEN H. MCINDOE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-08089-3, Nancy A. Holman, J., entered June 16, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.

[No. 14005-5-II.   Division Two.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN REITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03416-0, Thomas A. Swayze, Jr., J., entered June 19, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.